# Order

**Michigan Supreme Court**
**Lansing, Michigan**

October 30, 2019

159609

PEOPLE OF THE STATE OF MICHIGAN,
    Plaintiff-Appellee,

v

NICHOLAS MICHAEL BELKIEWICZ,
    Defendant-Appellant.
_____/

Bridget M. McCormack,
Chief Justice

David F. Viviano,
Chief Justice Pro Tem

Stephen J. Markman
Brian K. Zahra
Richard H. Bernstein
Elizabeth T. Clement
Megan K. Cavanagh,
Justices

SC: 159609
COA: 347842
St. Clair CC: 18-000444-FC

On order of the Court, the application for leave to appeal the April 15, 2019 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the question presented should be reviewed by this Court.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

October 30, 2019



Clerk

a1023